# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL E. KEELING, #CV0908,

    Plaintiff,

    v.

MR. JOHN WETZEL, et al.,

    Defendants.

CIVIL ACTION NO. 1:18-cv-02195

(KANE, J.)
(SAPORITO, M.J.)

## ORDER

AND NOW, this __14th__ day of December, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the plaintiff's letter-motion for service by a United States marshal, deputy marshal, or some other person specially appointed by the Court pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure (Doc. 8) is **DENIED without prejudice**.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge