IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. KEELING, | : | CIVIL NO. 1:18-CV-2195 |
| Plaintiff | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| JOHN WETZEL, et al., | : | |
| Defendants | : | |

## ORDER

The *pro se* plaintiff commenced the above-captioned civil rights action pursuant to 42 U.S.C. § 1983 with the filing of a complaint on November 13, 2018. (Doc. 1). Plaintiff has paid the filing fee.

Summons was issued on November 20, 2018 and provided to plaintiff for service on defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (*See* Doc. 6).

On December 12, 2018, plaintiff filed with the Court a letter containing questions regarding service of the complaint, which was liberally construed by the Court as a motion for service by a United States Marshal. (Doc. 8). By Memorandum and Order of December 14, 2018, the Court denied plaintiff's request for service of the complaint by the United States Marshal. (Docs. 9 and 10).

Plaintiff has failed to file with the Court proof that he has effected service of the complaint upon the following defendants within 90 days of the date of filing:

John Wetzel

Lawrence Mahally

Dr. Bach

Robert Marsh

Lucas D. Malishak

Major White

Norman Demming

Jennifer Pawling

AND NOW, this 19th day of September, 2019, IT IS HEREBY **ORDERED THAT,** unless good cause is shown to the Court by **October 4, 2019,** as to why such service was not made within the period set by Fed.R.Civ.P. 4(m), it will be recommended that the complaint be dismissed without prejudice as to the above-named defendants.

                                                JOSEPH F. SAPORITO, JR.
                                                United States Magistrate Judge

Dated: September 19, 2019